**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Neskyn Imboden Membreno,<br><br>Petitioner,<br><br>v.<br><br>Luis Rosa, Jr., Warden, Florence Service Processing Center,<br><br>Respondent. | CV 26-03093 PHX MJM (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** Respondent shall have until **September 18, 2026**, to advise the Court as to whether briefing is completed and/or an order has been issued in Petitioner's appeal of his order of removal to the Board of Immigration Appeals, and if an order has been issued by the Board of Immigration Appeals whether that order has been appealed to the Ninth Circuit Court of Appeals.

Dated this 12th day of September, 2026.

Camille D. Bibles
United States Magistrate Judge